UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOHN E. MCBRIDE,　　　　　　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　08-CV- 4589 (ARR)
　　　　　　　　　　　Plaintiff,

　　-against-

NEW YORK CITY HUMAN RESOURCES
ADMINISTRATION,

　　　　　　　　　　　Defendant.
-------------------------------------------------------------------X

　　　　An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on November 23, 2009, granting defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1); and dismissing the complaint with prejudice; it is

　　　　ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion to dismiss is granted pursuant to Fed. R. Civ. P. 12(b)(1); and that the complaint is dismissed with prejudice.

Dated: Brooklyn, New York
　　　　November 24, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court